■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN NAVAS, Appellant.—Appeal by the defendant from two judgments of the County Court, Suffolk County (Tanenbaum, J.), both rendered February 10, 1981, convicting him of attempted burglary in the third degree under indictment No. 335/80 and attempted burglary in the second degree under indictment No. 465/80, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH O'NEIL, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered February 28, 1985, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

There having been no motion to set aside the plea, the adequacy of the defendant's guilty plea has not been preserved for review as a matter of law *(see, People v Pellegrino,* 60 NY2d 636). In any event, under the circumstances, the plea allocution adequately established that the plea was entered knowingly, intelligently and voluntarily *(see, People v Harris,* 61 NY2d 9). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.